UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MERLIN GILLIAM BEALL, | ) | CASE NO. CV 09-3880-VBF (PJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>September 21, 2011</u>.

_____
PERCY ANDERSON
for VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd