UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MERLIN GILLIAM BEALL, | ) | CASE NO. CV 09-3880-VBF (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES A. YATES, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   September 21, 2011.

                                    PERCY ANDERSON
                                    for VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd